FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER,<br><br>Petitioner,<br><br>v.<br><br>NO NAMED RESPONDENT,<br><br>Respondent. | NO: 4:22-CV-05164-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed February 6, 2023, the Court directed Petitioner Jared Anthony Winterer, a *pro se* prisoner at the Washington State Penitentiary, to either pay the $5.00 filing fee to commence this federal habeas corpus action or to provide a completed application to proceed *in forma pauperis*. ECF No. 6. Since that time, Mr. Winterer has submitted a single-page letter asking this judicial officer to "correct the State of Washington," and award him a "house in Florida or a ship," ECF No. 7; and a five-page *pro se* petition seeking his immediate release, accusing the State of Washington of forcing him into a "lifestyle of incrimination and punishment," after allegedly failing to treat his medical emergency in 2004, and

ORDER DISMISSING ACTION -- 1

asking this Court to waive the $5.00 filing fee, ECF No. 9. In another single-page document, Petitioner seeks "reconsideration" of the filing fee. ECF No. 11.

Although granted the opportunity to do so, Petitioner did not provide the documentation necessary to proceed without prepayment of the filing fee. It appears from Petitioner's submissions that he does not intend to comply with the Court's prior directives. Therefore, **IT IS ORDERED** that this action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. § 1914, or to comply with the requirements to proceed *in forma pauperis* set forth in Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, provide a copy to Petitioner at his last known address, and close the file. The Court certifies that any appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Therefore, a certificate of appealability is **DENIED.**

**DATED** March 24, 2023.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER DISMISSING ACTION -- 2